Case 09-16305    Filed 12/01/14    Doc 84

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:  ORLANDO P. REGINO                                           Case No.:  09-16305-A-13F

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Michael H. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  07/03/2009.
2)  The plan was confirmed on  09/18/2009.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  11/02/2010, 12/01/2009.
5)  The case was completed on  09/10/2014.
6)  Number of months from filing or conversion to last payment:  62.
7)  Number of months case was pending:  64.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  25,670.00.
10)  Amount of unsecured claims discharged without full payment:  67,105.86.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $187,159.00 | |
| Less amount refunded to debtor: | $1.70 | |
| **NET RECEIPTS:** | | $187,157.30 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $2,274.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $8,638.64 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $10,912.64 |

Attorney fees paid and disclosed by debtor:        $1,226.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | Unsecured | NA | NA | NA | .00 | .00 |
| AMERICAN HONDA FINANCE CORPORA | Secured | 20,362.00 | 19,888.05 | 19,888.05 | 19,888.05 | 3,249.08 |
| BAC HOME LOANS SERVICING LP | Other | NA | .00 | .00 | .00 | .00 |
| BAC HOME LOANS SERVICING, L.P. | Unsecured | 90,307.00 | 95,687.32 | .00 | .00 | .00 |
| BAYVIEW LOAN SERVICING LLC | Secured | 366,225.00 | 382,524.29 | 116,352.62 | 116,352.62 | .00 |
| BAYVIEW LOAN SERVICING LLC | Secured | 16,689.16 | 16,689.16 | 16,299.16 | 16,299.16 | .00 |
| BAYVIEW LOAN SERVICING LLC | Secured | 95.37 | 95.37 | 95.37 | 95.37 | .00 |
| CANDICA LLC | Unsecured | 987.00 | 1,094.75 | 1,094.75 | 138.22 | .00 |
| CHASE | Unsecured | 1,068.00 | NA | NA | .00 | .00 |
| CHASE BANK ONE BK DEPT | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE BANK USA NA | Unsecured | 282.17 | 316.32 | 316.32 | 39.97 | .00 |
| DEPARTMENT STORES NATIONAL BANK | Unsecured | 1,109.00 | 1,109.12 | 1,109.12 | 140.03 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 17,177.00 | 17,177.48 | 17,177.48 | 2,168.66 | .00 |
| ECAST SETTLEMENT CORPORATION | Secured | 4,023.00 | 3,408.92 | 3,408.92 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Secured | 2,499.00 | 2,583.59 | 2,583.59 | .00 | .00 |

Case 09-16305    Filed 12/01/14    Doc 84

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:  ORLANDO P. REGINO

Case No.:  09-16305-A-13F

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION | Secured | NA | 1,000.00 | 1,000.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 3,725.00 | 3,766.11 | 2,766.11 | 349.22 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 613.62 | 613.62 | 77.47 | .00 |
| FRANCHISE TAX BOARD | Priority | NA | NA | NA | .00 | .00 |
| FRESNO COUNTY FEDERAL CREDIT UN | Unsecured | 8,522.00 | 8,522.78 | 8,522.78 | 1,076.01 | .00 |
| FRESNO COUNTY FEDERAL CREDIT UN | Unsecured | 6,272.00 | 6,305.61 | 6,305.61 | 796.08 | .00 |
| HSBC BANK NEVADA NA | Other | NA | .00 | .00 | .00 | .00 |
| KOHLS CREDIT RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| LAURA GRIFKA ESQUIRE | Other | NA | .00 | .00 | .00 | .00 |
| LVNV FUNDING LLC | Secured | 600.00 | 1,796.17 | 1,796.17 | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | NA | 1,983.32 | 1,983.32 | 250.40 | .00 |
| MARK T DOMEYER ESQ | Other | NA | .00 | .00 | .00 | .00 |
| MIDLAND FUNDING LLC BY | Unsecured | 284.00 | 190.75 | 190.75 | 24.12 | .00 |
| PACIFIC SERVICE CREDIT UNION | Secured | 7,500.00 | 18,359.41 | 7,500.00 | 7,500.00 | 1,995.50 |
| PACIFIC SERVICE CREDIT UNION | Unsecured | 7,943.00 | 8,033.24 | 8,033.24 | 1,014.19 | .00 |
| PACIFIC SERVICE CREDIT UNION | Unsecured | 11,039.00 | 10,859.41 | 10,859.41 | 1,371.01 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 4,136.00 | 4,324.18 | 4,324.18 | 545.92 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 1,083.00 | 1,140.18 | 1,140.18 | 143.95 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 1,119.00 | 1,196.75 | 1,196.75 | 151.09 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 4,462.00 | 4,609.44 | 4,609.44 | 581.95 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 353.00 | 353.44 | 353.44 | 44.64 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 1,699.00 | 1,699.34 | 1,699.34 | 214.54 | .00 |
| TARGET | Unsecured | NA | NA | NA | .00 | .00 |
| THD/CBSD | Unsecured | NA | NA | NA | .00 | .00 |
| UNITED STATES TREASURY | Priority | NA | 400.00 | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL NATL BANK | Secured | 4,026.00 | 4,284.12 | 1,000.00 | 1,000.00 | 322.78 |

# UNITED STATES BANKRUPTCY COURT

Case 09-16305    Filed 12/01/14    Doc 8b

### EASTERN DISTRICT OF CALIFORNIA

In re:  ORLANDO P. REGINO                                                Case No.:  09-16305-A-13F

|            Debtor(s) |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO FINANCIAL NATL BANK | Unsecured | NA | 3,284.12 | 3,284.12 | 414.63 | .00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 116,352.62 | 116,352.62 | .00 |
| Mortgage Arrearage: | 16,299.16 | 16,299.16 | .00 |
| Debt Secured by Vehicle: | 27,388.05 | 27,388.05 | 5,244.58 |
| All Other Secured: | 9,884.05 | 1,095.37 | 322.78 |
| **TOTAL SECURED:** | 169,923.88 | 161,135.20 | 5,567.36 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 75,579.96 | 9,542.10 | .00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration: | $10,912.64 |
| Disbursements to Creditors: | $176,244.66 |
| **TOTAL DISBURSEMENTS:** | $187,157.30 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:   11/26/2014                              By:   /s/Michael H. Meyer

                                                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.